UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID JAMES REISCHAUER,

    Plaintiff,

v.                                          Case No. 2:04-cv-167
                                               HON. ROBERT HOLMES BELL

SHANNON GREEN,

    Defendant.
                                             /

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

        THEREFORE, IT IS ORDERED that:

        1.        The Report and Recommendation of the Magistrate Judge (Docket #17) is approved and adopted as the opinion of the Court.

        2.        Plaintiff's complaint is DISMISSED for failure to prosecute.


Date:    June 1, 2005                /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    CHIEF UNITED STATES DISTRICT JUDGE